# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-31

| | |
|---|---|
| SANDRA LIVELY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FLETCHER HOSPITAL, INC., DBA ) | |
| PARK RIDGE HEALTH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Meghann Burke's Application for Admission to Practice *Pro Hac Vice* of Kenneth D. Upton, Jr. It appearing that Kenneth D. Upton, Jr. is a member in good standing with the Texas State Bar and will be appearing with Meghann Burke, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Meghann Burke's Application for Admission to Practice Pro Hac Vice (#3) of Kenneth D. Upton, Jr. is

**GRANTED**, and that Kenneth D. Upton, Jr. is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Meghann Burke.

Signed: February 12, 2016

Dennis L. Howell
United States Magistrate Judge