IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-31

| | |
|---|---|
| SANDRA LIVELY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FLETCHER HOSPITAL, INC., DBA ) | |
| PARK RIDGE HEALTH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Meghann Burke's Application for Admission to Practice *Pro Hac Vice* of Tara L. Borelli. It appearing that Tara L. Borelli is a member in good standing with the Georgia State Bar and will be appearing with Meghann Burke, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Meghann Burke's Application for Admission to Practice Pro Hac Vice (#2) of Tara L. Borelli is **GRANTED**,

and that Tara L. Borelli is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Meghann Burke.

Signed: February 12, 2016

Dennis L. Howell
United States Magistrate Judge