# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-31

| | |
|---|---|
| SANDRA LIVELY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FLETCHER HOSPITAL, INC., DBA ) | |
| PARK RIDGE HEALTH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Jerry H. Walters, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Paul Prather. It appearing that Paul Prather is a member in good standing with the Tennessee State Bar and will be appearing with Jerry H. Walters, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jerry H. Walters, Jr.'s Application for Admission to Practice Pro Hac Vice (#10) of Paul Prather is

**GRANTED**, and that Paul Prather is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Jerry H. Walters, Jr.

Signed: March 14, 2016

Dennis L. Howell
United States Magistrate Judge